**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1236**

———————

LORD AARON JESSE TORRES,

            Plaintiff - Appellant,

        v.

B&L MACHINE AND FABRICATION, INC.,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:23-cv-00318-JKW-DEM)

———————

Submitted:  May 22, 2025                    Decided:  May 28, 2025

———————

Before KING, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lord Aaron Jesse Torres, Appellant Pro Se.  James R. Theuer, JAMES R. THEUER, PLLC, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lord Aaron Jesse Torres appeals the district court's order denying Torres's motions to amend and replace, granting Defendant's motion to dismiss, and dismissing Torres's second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Torres v. B&L Mach. & Fabrication, Inc.*, No. 2:23-cv-00318-JKW-DEM (E.D. Va. Feb. 12, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*